1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTY W. LEWIS, | Case No.  1:13-cv-01147-MJS |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS FOR MEDICAL RECORDS AND TO SUBMIT EVIDENCE |
| v. | |
| MARGARET MIMS, et al., | ECF Nos. 6, 9 |
| Defendants. | |

Plaintiff Dusty Lewis Mims ("Plaintiff"), a California state prisoner, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 24, 2013.  Plaintiff has consented to Magistrate Judge jurisdiction.  (ECF No. 5.)

Plaintiff filed a motion seeking access to medical records.  (ECF No. 6.)  He also filed a motion to submit additional evidence to the Court.  (ECF No. 9.)

At this stage of the proceedings, the Court has yet to find that Plaintiff has stated a cognizable claim or ordered service of the Complaint.

The Court's First Informational Order advises that discovery will only open after Defendants file an answer.  Thus, to the extent Plaintiff seeks discovery of medical records, his request is premature.

The Court's First Informational Order also advises that the Court will not serve as a repository for evidence.  (ECF No. 3.)  Plaintiff's motion to submit evidence to the

Court is therefore denied. It is, in any event, unnecessary for Plaintiff to file evidence with the Court at this stage of proceedings. His allegations are evaluated as true for screening purposes.

Accordingly, Plaintiff's motions (ECF Nos. 6, 9) are DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   February 26, 2014          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

2